COURT
OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

                                        NO. 2-09-034-CV

 

IN RE WILLIAM EMMANUEL                                                      RELATOR

GLENN HARTFIELD

 

                                              ------------

                                    ORIGINAL
PROCEEDING

                                              ------------

                                MEMORANDUM
OPINION[1]

                                              ------------

The
court has considered relator=s
petition for writ of mandamus and is of the opinion that relief should be
denied.  The Tarrant County District
Clerk=s office
and Judge Mike Thomas of Criminal District Court Number Four have both informed
this court that they have not received relator=s Amotion
requesting to check out the trial records on loan.@  Accordingly, relator=s
petition for writ of mandamus is denied.

PER CURIAM

 

 

PANEL: 
DAUPHINOT, WALKER, and MCCOY, JJ.

 

DELIVERED: 
February 12, 2009











    [1]See
Tex. R. App. P. 47.4.